IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

**DALLAS JONES, an individual,**

    **Plaintiff,**

vs.

**STATE FARM INSURANCE COMPANY,**

    **Defendant.**

4:22CV3236

ORDER

    This matter is before the Court following a planning conference held with counsel for the parties on August 28, 2024, before the undersigned magistrate judge. Counsel notified the Court that mediation has been scheduled for November 12, 2024, with Mark Christensen. Defendant requested a stay of case progression deadlines pending mediation. Plaintiff opposed a stay and requested that the Court set the trial and pretrial dates, given the possibility that the parties do not settle during mediation. After consideration, the Court determined that a stay is appropriate under the circumstances.[1] Accordingly,

**IT IS ORDERED**:

1. The Defendant's request to stay the case pending mediation is granted. All remaining case progression deadlines are stayed, and all hearings are terminated, pending the outcome of mediation.

2. On or before **November 18, 2024**, the parties shall notify the Court regarding the outcome of mediation.

Dated this 28th day of August, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge

---

[1] If mediation is unsuccessful, counsel may request a telephone conference to reset deadlines and schedule the final pretrial conference and trial without further delay.